UNITED STATES of America v. Arminio SCALEGGERI et al., Appellants.

SAME v. Giovanni MAGLIO et al., Appellants.

SAME v. Fortunato DE GREGORI et al., Appellants.

SAME v. Ottavio MAURI et al., Appellants.

SAME v. Carlo BONATI et al., Appellants.

SAME v. Romano TOMICICH et al., Appellants.

Nos. 7813–7817 and 7849.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 19, 1941.

Decided April 14, 1942.

Homer L. Loomis, of New York City, for all appellants.

Paul W. Knox, of Philadelphia, Pa., on the brief, for appellants in No. 7849.

William C. Gottshalk, of Camden, N. J., on the brief, for appellants in Nos. 7813–7817.

Thorn Lord, of Trenton, N. J. (Charles M. Phillips, U. S. Atty., of Trenton, N. J., on the brief), for appellee in Nos. 7813–7817.

J. Barton Rettew, Jr., of Philadelphia Pa. (Gerald A. Gleeson, U. S. Atty., of Philadelphia, Pa., on the brief), for appellee in No. 7849.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

All of the questions involved in these appeals have been fully discussed and decided by the Circuit Court of Appeals for the Fifth Circuit in Marchese v. United States, 5 Cir., 1942, 126 F.2d 671. We find ourselves in entire agreement with the reasoning of the court in that case and with the conclusions there reached. The same conclusions upon substantially similar facts were reached by the Circuit Court of Appeals for the Fourth Circuit in Bersio v. United States, 4 Cir., 1941, 124 F.2d 310. The judgments here appealed from are affirmed upon the authority of those cases.